EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2021 TSPR 25 |
| Renuncia al Comité para la Revisión del Manual de Instrucciones al Jurado | 206 DPR _____ |
| | |

Número del Caso:  EC-2021-01


Fecha:  3 de marzo de 2021


Materia:  Resolución del Tribunal.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Renuncia al Comité para la
Revisión del Manual de
Instrucciones al Jurado

EC-2021-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de marzo de 2021.

Mediante Resolución de 3 de marzo de 2017, EC-2017-02, este Tribunal reconstituyó el Comité para la Revisión del Manual de Instrucciones al Jurado (Comité), adscrito al Secretariado de la Conferencia Judicial y Notarial (Secretariado). Ello, con el propósito de revisar y actualizar al ordenamiento penal vigente el contenido del Proyecto del Libro de Instrucciones al Jurado, presentado en septiembre de 2008. Como parte del grupo de profesionales del Derecho que componen este cuerpo asesor, designamos a la Lcda. Alma Méndez Ríos como miembro del Comité. In re Comité Rev. Manual Jurado, 197 DPR 532 (2017).

Acorde con lo encomendado, el 4 de marzo de 2019, el Comité presentó el proyecto de Instrucciones al Jurado. Este documento se encuentra bajo la revisión del Comité en consideración a las recomendaciones de la Oficina de Compiladora y Publicista de Jurisprudencia del Tribunal Supremo de Puerto Rico y a los hallazgos del ejercicio de validación encomendado por este Tribunal al Secretariado, con la colaboración de la Academia Judicial Puertorriqueña.[1]

---

[1] In re Comité de Revisión del Manual de Instrucciones al Jurado, 202 DPR 231 (2019).

El 25 de febrero de 2021 la Lcda. Alma Méndez Ríos presentó una moción mediante la cual solicitó ser relevada como integrante del Comité por cambios en sus circunstancias personales que le impiden continuar colaborando con la revisión del proyecto de Instrucciones al Jurado.

Acogida su petición, relevamos a la licenciada Méndez Ríos de su designación no sin antes agradecer su diligencia y compromiso reflejados durante cerca de cuatro años en los que rindió sus servicios *ad honorem* como integrante del Comité. Asimismo, reconocemos que su labor y sus aportaciones valiosas resultaron de gran utilidad para la presentación oportuna del proyecto de Instrucciones al Jurado.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo